Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Tyler N. Ure, Esq.
Nevada Bar No. 11730
ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant WALMART, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADELLA ROCHELLE, an individual, | CASE NO. 2:23-cv-00207-MMD-MDC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WALMART, INC., a foreign corporation; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendant WAL-MART, INC., and Plaintiff ADELLA ROCHELLE, by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

/ / /

/ / /

/ / /

/ / /

/ / /

1    This Stipulation is entered into in good faith, in the interest of judicial economy, and not

2  for the purposes of delay.

3    STIPULATED AND AGREED TO this _25_ day of ~~February~~ March, 2024.

4                    **MURCHISON & CUMMING, LLP**

5

6    By: _____

7        Michael J. Nuñez, Esq.
         Nevada Bar No. 10703

8        Tyler N. Ure, Esq.
         Nevada Bar No. 11730

9        350 South Rampart Boulevard, Suite 320
         Las Vegas, Nevada 89145

10       Attorneys for Defendant

11

12   STIPULATED AND AGREED TO this _10th_ day of ~~February~~ march, 2024.

13                   **THE POWELL LAW FIRM**

14

15   By: _____

16       Paul D. Powell, Esq.
         Nevada Bar No. 7488

17       Traysen N. Turner, Esq.
         Nevada Bar No. 16017

18       8918 Spanish Ridge Avenue, Suite 100
         Las Vegas, NV 89148

19       Attorneys for Plaintiff

20
     / / /
21
     / / /
22
     / / /
23
     / / /
24
     / / /
25
     / / /
26
     / / /
27
     / / /
28

                    2            Case No. 2:23-cv-00207-MMD-MDC

*Adella Rochelle vs. Walmart Inc., et al.*
*Case No.: 2:23-cv-00207-MMD-VCF*
*Stipulation and Order for Dismissal with Prejudice*

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** any pending court date related to this matter shall be vacated and removed from calendar.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Respectfully submitted by:

**MURCHISON & CUMMING, LLP**

_____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Tyler N. Ure, Esq.
Nevada Bar No. 11730
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant, WAL-MART, INC.